*Filer's Name, Address, Phone, Fax, Email:*

JOYCE J. UEHARA #3267
98-084 Kamehameha Highway
Suite 303B
Aiea, Hawaii 96701
Tel: (808) 486-2800
Email: aiealawoffice@gmail.com

hib_2002g (7/2013)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 BISHOP STREET, SUITE 250
HONOLULU, HI 96813

| *Debtor(s):* JAIME MANLULU VILORIA | Chapter: 7 | Case No.: 15-1367 |

# NOTICE OF CHANGE OF ADDRESS

*See instructions below to ensure correct use of this form.\**

Notice is hereby given of the following change of address effective immediately or _____.

☐ Address of the debtor(s)

☒ Address for a creditor or party in interest (notice must be filed in all pending cases)

| Name and **OLD** Address: | Name and **NEW** Address: |
|---|---|
| Safeway 401(k) (Address inadvertently omitted) | Safeway 401(k) c/o J.P. Morgan P.O. Box 419784 Kansas City, MO 64141-6784 |

I declare under penalty of perjury that the information above is correct to the best of my knowledge.

Dated: 11/13/2015

/S/ JOYCE J. UEHARA
*Signature & Printed Name*

**\*Please note:**
- For a change of a payment or notice address related to a claim, use **Notice of Change of Address (Proof of Claim)**
- For a change of the creditor's name for a proof of claim, file a **Notice of Transfer of Claim** (fee required)
- To add a creditor, file an **Amended Creditor List** (fee required)
- To correct or change the name of a debtor (e.g., due to marriage or divorce), use **Debtor's Notice of Name Change**
- For a change of an attorney's address or firm affiliation, use **Attorney's Notice of Change of Address or Firm Affiliation**