| Filer's Name, Address, Phone, Fax, Email: | |
|---|---|
| Joyce J. Uehara 3267<br>Joyce J. Uehara, Attorney at Law<br>98-084 Kamehameha Highway<br>Suite 303B<br>Aiea, HI 96701<br>(808) 486-2800<br>(888) 990-1889<br>aiealawoffice@gmail.com | |

| *Debtor:* **Jaime Manlulu Viloria** | *Case No.:* **15-01367** |
|---|---|
| *Joint Debtor:* | *Chapter:* **7** |
| *[If adversary proceeding, complete the information below. Use "et al." if multiple parties.]*<br>*Plaintiff(s):*<br><br>        *vs.*<br>*Defendant(s):* | *Adversary Proceeding No.:*<br><br>*Related Docket No.:* |

# CERTIFICATE OF SERVICE

| Document(s) served:<br>Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines dated 11/11/15 | Date served:<br>11/13/15 |
|---|---|

**The undersigned certifies under penalty of perjury that the following were served the above document(s) by first class mail unless noted otherwise.**

Safeway 401(k)
c/o J.P. Morgan
P.O. Box 419784
Kansas City, MO 64141-6784

Dated: **November 13, 2015**

/s/ Joyce J. Uehara
*Signature*